# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 8:06CR35 |
| ) | |
| FLOYD PAUL BUFFALOHEAD, ) | **SCHEDULING ORDER** |
| ) | |
| Defendant. ) | |

    IT IS ORDERED that the following is set for hearing on **June 20, 2006** at **9:00 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

    - Motion to Suppress [14] filed by the defendant

    Since this is a criminal case, the defendant must be present, unless excused by the Court.

    DATED this 25th day of May, 2006.

                             BY THE COURT:

                             s/ F.A. Gossett
                             United States Magistrate Judge