IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  8:06CR35 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | JUDGMENT |
| ) | |
| FLOYD PAUL BUFFALOHEAD, ) | |
| ) | |
| Defendant. ) | |

In accordance with the accompanying memorandum and order,

IT IS ORDERED:

1.  The Court has completed the initial review of the Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody ("§ 2255 motion") (Filing No. 79);

2.  Upon initial review, the Court summarily dismisses the Defendant's § 2255 motion (Filing No. 79);

3.  The Defendant's motion for leave to proceed in forma pauperis (Filing No. 80) is denied as moot; and

4.  The Clerk is directed to mail a copy of this Judgment to the Defendant at his last known address.

DATED this 22nd day of April, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge